

**U.S. Department of Justice**

*Criminal Divison*
*Fraud Section*

1400 New York Avenue,  202-923-6451
Washington, D.C.

April 4, 2025

Anthony J. Iacullo, Esq.
Mandelbaum Barrett PC
3 Becker Farm Rd., Suite 105
Roseland, New Jersey 07068

    Re:   <u>Addendum to Plea Agreement with Kirtan S. Patel</u>

Dear Mr. Iacullo:

    This letter constitutes an addendum to the plea agreement between your client, Kirtan S. Patel ("PATEL"), and the United States Department of Justice, Criminal Division, Fraud Section and the United States Attorney for the District of New Jersey (together, "this Office") signed by PATEL on January 31, 2025.

    If PATEL fully complies with the plea agreement, at sentencing, this Office will move to dismiss Counts 1, 6, 7, 8, 9, and 11 of the Indictment, Criminal No. 23-696, against PATEL.

| | |
|---|---|
| ALINA HABBA<br>United States Attorney | LORINDA LARYEA<br>Acting Chief<br>Criminal Division, Fraud Section<br>U.S. Department of Justice |
| | */s/ Nicholas K. Peone*<br>Nicholas K. Peone<br>Paul J. Koob<br>Trial Attorneys<br>Criminal Division, Fraud Section<br>U.S. Department of Justice |

AGREED AND ACCEPTED:

_____     Date: 4/24/2025
Kirtan S. Patel

_____     Date: 4/24/2025
Anthony J. Iacullo, Esq.
Counsel for Defendant